UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GEORGE E. BAILEY,

Plaintiff,

v.

AUGUSTINE MEDICAL, INC.

Defendant.

Civil 01-695 (ADM/AJB)

**REPORT AND RECOMMENDATION**

---

Plaintiff commenced this action by filing a complaint and an application seeking leave to proceed in forma pauperis ("IFP"). Upon examining the IFP application, this Court found that Plaintiff had not adequately demonstrated that he could not afford to pay the $150 filing fee prescribed by 28 U.S.C. § 1914(a). Therefore, by order dated April 26, 2001, (Docket No. 3), Plaintiff's IFP application was "denied without prejudice."

The Court's order informed Plaintiff that he could submit a new, more complete, IFP application if he believes that he is indeed indigent (and therefore financially eligible for IFP status); or, in the alternative, he could pay the full $150 filing fee and proceed in this matter as a non-IFP litigant. Plaintiff was advised that if he did not submit a new IFP application or pay the $150 filing fee by May 21, 2001, it would be recommended that his action be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

The deadline for complying with the Court's prior order has now passed. To date, however, Plaintiff has not submitted a new IFP application, he has not paid the $150 filing fee, and he has not contacted or communicated with the Court in any way. Therefore, it is now recommended, in accordance with the Court's prior order, that Plaintiff be deemed

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: June 1st, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.