**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

George E. Bailey,

Plaintiff,

v.

**ORDER**
Civil No. 01-695 ADM/AJB

Augustine Medical, Inc.,

Defendant.

---

This matter is before the undersigned United States District Judge pursuant to Plaintiff George E. Bailey's Objection [Doc. No. 5] to the June 1, 2001, Report and Recommendation ("R&R") of Magistrate Judge Boylan [Doc. No. 4], which recommended this action be dismissed without prejudice. After conducting an independent, de novo evaluation of the R&R, 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.1(c)(2), and in light of Plaintiff's subsequent payment of the filing fee for this action, Receipt of Filing Fee [Doc. No. 7], **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reinstatement [Doc. No. 6] is **GRANTED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDG
DEPUTY