**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

GEORGE E. BAILEY,

Plaintiff,

Civil No. 01-695 ADM/AJB

v.

**PRETRIAL SCHEDULING ORDER**

AUGUSTINE MEDICAL GROUP, INC.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by August 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 15, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before April 1, 2002.

   b. By Defendant on or before June 1, 2002.

4. No more than 50 interrogatories (counted in accordance with Rule 33(a)) shall be served by any party.

5. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by December 24, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, August 1, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by October 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on December 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 4 days.

Dated: 10/10/01

Arthur J. Boylan
United States Magistrate Judge