UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George E. Bailey,

Plaintiff,

vs.

Augustine Medical, Inc.,
a Minnesota Company,

Defendant.

Civil No.01-695 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF AMERICANS WITH DISABILITIES ACT CLAIMS**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and by and between the parties hereto, through respective counsel, that all causes of actions and claims asserted in Plaintiff's Complaint brought under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12111-12117, in the above-captioned action may be, and the same are, dismissed with prejudice and on the merits but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED**, that any party, without notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein as to plaintiff's Americans with Disabilities Act claims in the above-captioned matter.

Dated: 10/12/01

Clayton D. Halunen (#219721)
HALUNEN & NESS, LLP
701 4th Avenue South, Suite 500
Minneapolis, MN 55415
(612) 337-9023

***Attorneys for Plaintiff***

FILED 10-23-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10-18-01

John M. McDonald, Jr. #136815
Bradley J. Lindeman #0298116
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Augustine Medical, Inc.***

**ORDER FOR DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and based on the foregoing Stipulation of Dismissal With Prejudice entered into by the parties, and upon all the files, records and proceedings herein, it is ordered:

1. That Plaintiff's Complaint and all claims asserted in the above-captioned matter based on the Americans with Disabilities Act, 42 U.S.C. §§ 12111-12117, are hereby dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: Oct. 19, 2001

The Honorable Ann D. Montgomery
United States District Court

914872