UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George E. Bailey,

Plaintiff,

vs.

Augustine Medical, Inc.,
a Minnesota Company,

Defendant.

Civil No.01-695 ADM/AJB

**ORDER**

The above-captioned matter came for hearing on Defendant Augustine Medical, Inc.'s Motion to Compel. Susan K. Fitzke, Esq. appeared on behalf of defendant Augustine Medical, Inc. There was no appearance on behalf of Allina Hospitals and Clinics.

Based upon the arguments of counsel, all of the files, records and proceedings herein, the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. That defendant Augustine Medical Inc.'s motion to compel Allina Hospitals and Clinics is GRANTED;

2. That Allina Hospitals and Clinics shall produce to Augustine Medical, Inc. all medical records related to medical treatment provided to George E. Bailey.

**BY THE COURT**

Dated: 8/1/02

By: ______________________
Honorable Arthur J. Boylan
United States Magistrate

981762.1

AUG 01 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______