**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

George E. Bailey,

Plaintiff,

v.

Augustine Medical Group, Inc.,

Defendant.

Civil No. 01-695 JEL/AJB

**ORDER ON MOTION TO COMPEL DISCOVERY**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiffs' motion to compel answers to interrogatories and production of documents [Docket No. 37]. Hearing was held on August 21, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Clayton D. Halunen, Esq., appeared on behalf of the plaintiff. Bradley J. Lindeman, Esq., appeared on behalf of the defendant. The Court is advised that the parties have since resolved portions of the discovery dispute as presented in the motion, but that dispute remains with respect to an interrogatory relating to employee hiring and production of related documents and an interrogatory relating to employee promotions and production of related documents.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery is **granted in part, denied in part, and moot in part** [Docket No. 37].

2. Plaintiff's motion to compel defendant to respond to Set II, Interrogatory No. 1, seeking identification of African American individuals who applied for a position or was hired



FILED AUG 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

by the defendant is **denied**. Though plaintiff has limited the time scope of this request to the years 1998 through 2000, the motion seeks identification of persons in all departments at defendant's business and is overbroad in that regard. In addition, the Court is not persuaded that information relating to hiring would be admissible at trial or is reasonable calculated to lead to discovery of admissible evidence.

3. Plaintiff's motion to compel defendant to respond to Set II, Interrogatory No. 2, seeking identification of all individuals promoted by the defendant company is **granted** as provided herein. Defendant shall identify persons promoted from within the company during the years 1998 through 2000.

4. Plaintiff's motion to compel production of documents pursuant to Set II, Request No. 1, seeking records relating to all promotions, and Request No. 2, seeking records relating to hiring and promotion of any African American individual, is **granted in part and denied in part** as provided herein. Defendant is not required to produce such documents with respect to new employee hiring but shall produce documents relating to promotions in connection with its response to Set II, Interrogatory No. 2. Defendant's disclosure may be limited to applications and resumes.

5. Plaintiff's request for an award of attorney fees incurred in connection with this motion is **denied**.

Dated: August 23, 2002

Arthur J. Boylan
United States Magistrate Judge