# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1615

| | | |
|---|---|---|
| George E. Bailey, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Augustine Medical, Inc., | * | |
| | * | |
| Appellee. | * | |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

June 13, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

JUN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________